```
BRIANNA NICOLE NASH              DISCOVER FINANCIAL
340 ARBOR DRIVE                  ATTN: BANKRUPTCY
APT 1331                         PO BOX 3025
RIDGELAND, MS 39157              NEW ALBANY, OH 43054



THOMAS C. ROLLINS, JR.           GOLDMAN SACHS BANK USA
THE ROLLINS LAW FIRM, PLLC       ATTN: BANKRUPTCY
P.O. BOX 13767                   PO BOX 70379
JACKSON, MS 39236                PHILADELPHIA, PA 19176



AFTERPAY                         NELNET
P.O. BOX 328                     PO BOX 82561
SAN FRANCISCO, CA 94104          LINCOLN, NE 68501



AMEX                             REGIONS
PO BOX 981535                    1900 FIFTH AVE
EL PASO, TX 79998                BIRMINGHAM, AL 35203



BANK OF AMERICA
ATTN: BANKRUPTCY
4909 SAVARESE CIRCLE
TAMPA, FL 33634



BCU
ATTN: BANKRUPTCY
340 N MILWAUKEE AVE
VERNON HILLS, IL 60061



BCU
ATTN: BANKRUPTCY
340 N. MILWAUKEE AVE
VERNON HILLS, IL 60061



CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130



COMENITY BANK
ATTN: BANKRUPTCY
PO BOX 182125
COLUMBUS, OH 43218
```