United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-01502-JAW
Brianna Nicole Nash  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Sep 03, 2025     Form ID: n031     Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brianna Nicole Nash, 340 Arbor Drive, Apt 1331, Ridgeland, MS 39157-4826 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5523493 | ^ | MEBN | Sep 03 2025 19:33:00 | Afterpay, P.O. Box 328, San Francisco, CA 94104-0328 |
| 5539280 | | Email/PDF: bncnotices@becket-lee.com | Sep 03 2025 19:45:27 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5523494 | + | Email/PDF: bncnotices@becket-lee.com | Sep 03 2025 19:45:31 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5523496 | | Email/Text: bankruptcies.notifications@bcu.org | Sep 03 2025 19:37:00 | BCU, Attn: Bankruptcy, 340 N Milwaukee Ave, Vernon Hills, IL 60061 |
| 5523495 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 03 2025 19:37:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5532577 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 03 2025 19:37:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5523498 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 03 2025 19:45:20 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5526214 | | Email/Text: mrdiscen@discover.com | Sep 03 2025 19:37:00 | Capital One, N.A., successor by merger to, Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5523499 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 03 2025 19:37:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5523500 | + | Email/Text: mrdiscen@discover.com | Sep 03 2025 19:37:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5523501 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 03 2025 19:37:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5523502 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 03 2025 19:37:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5537441 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 03 2025 19:45:23 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5547729 | | Email/Text: bnc-quantum@quantum3group.com | Sep 03 2025 19:37:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5525240 | + | Email/Text: newbk@Regions.com | Sep 03 2025 19:37:00 | REGIONS BANK, PO BOX 10063, BIRMINGHAM AL 35202-0063 |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 03, 2025 | Form ID: n031 | Total Noticed: 18 |

| 5523503 | + Email/Text: newbk@Regions.com | | | |
|---|---|---|---|---|
| | | Sep 03 2025 19:37:00 | Regions, 1900 Fifth Ave, Birmingham, AL 35203-2670 | |
| 5525992 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | | |
| | | Sep 03 2025 19:37:00 | U.S. Department of Education c/o Nelnet, 121 South 13TH Street, Lincoln, NE 68508-1904 | |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5523497 | *P++ | BAXTER CREDIT UNION, COLLECTION DEPARTMENT, PO BOX 8133, VERNON HILLS IL 60061-8133, address filed with court:, BCU, Attn: Bankruptcy, 340 N. Milwaukee Ave, Vernon Hills, IL 60061 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2025              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Brianna Nicole Nash trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 25−01502−JAW
Chapter: 13

**In re:**

Brianna Nicole Nash
340 Arbor Drive
Apt 1331
Ridgeland, MS 39157

### Notice of Entry of Order Confirming Plan

The Court entered an Order on September 3, 2025 (Dkt. # 16 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: September 3, 2025                Danny L. Miller, Clerk of Court