IN THE UNITED STATES BANKRUPTCY COURT FOR
Southern District of Mississippi

IN RE: BRIANNA NICOLE NASH            CHAPTER 13
        340 ARBOR DRIVE                Case No: 25-01502-JAW
        APT 1331
        RIDGELAND, MS 39157

## CERTIFICATE OF SERVICE

I, Torri Parker Martin, Trustee, do hereby certify that I have this date mailed a true and correct copy of the Motion to Allow Claims in regards to same to the above named Debtor at the address as shown on said Motion by United States Mail, postage prepaid and a copy to Debtor's counsel to either the address as shown on said Motion or by ECF Filing Notification.

So Certified   02/19/2026

                                                       /s/ Torri Parker Martin
                                                       Torri Parker Martin