# United States Bankruptcy Court
FOR THE
Southern District of Mississippi

**IN RE:** BRIANNA NICOLE NASH
340 ARBOR DRIVE
APT 1331
RIDGELAND, MS 39157

DATE: 02/19/2026

CASE No. 25-01502-JAW

## MOTION TO ALLOW LATE FILED / AMENDED OR SUPPLEMENTAL CLAIMS

COMES NOW the trustee and shows the Court that the following was filed against the estate of the debtor, and that such claim was not included on previous notice allowing claims herein:

| NAME AND ADDRESS OF CREDITOR | CLAIM # | CLASSIFICATION | AMOUNT |
|---|---|---|---|
| BCU/ BAXTER CREDIT UNION / 340 N MILWAUKEE AVE VERNON HILLS, IL 60061 | 9-1 | Unsecured PAY 0.0000% | 21,387.73 |

Your trustee has examined the claim and recommends to the Court that it be deemed allowed for the amount claimed, payable in the manner classified, subject to the provisions of the plan and other Court orders.

WHEREFORE, the Trustee prays that the foregoing claim be allowed as set forth above.

/s/ Torri Parker Martin
**Torri Parker Martin**

THOMAS CARL ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236