United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 25-01502-JAW

Brianna Nicole Nash                                                                       Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Feb 20, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brianna Nicole Nash, 340 Arbor Drive, Apt 1331, Ridgeland, MS 39157-4826 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: bankruptcies.notifications@bcu.org | Feb 20 2026 19:32:00 | BCU, Baxter Credit Union, 340 N Milwaukee Ave, Vernon Hills, IL 60061-1533 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Brianna Nicole Nash trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-3

User: mssbad

Page 2 of 2

Date Rcvd: Feb 20, 2026

Form ID: pdf012

Total Noticed: 2

TOTAL: 3

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: February 20, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# United States Bankruptcy Court
FOR THE
Southern District of Mississippi

**IN RE:**   BRIANNA NICOLE NASH                                              CASE No. 25-01502-JAW
340 ARBOR DRIVE
APT 1331
RIDGELAND, MS 39157


**RE:**   BCU / BAXTER CREDIT UNION
**Court Claim No:**   9-1

## ORDER

   THIS DAY, this cause having come before the Court on the Trustee's Motion to Allow Late Filed / Amended or Supplemental Claims (Dkt.# _23_____ ) of the above named creditor, it is hereby Ordered that the claim set out in said Motion be allowed as recommended by the Trustee and payable as provided by the Debtor(s) plan and the Order of the Court.

   IT IS FURTHER ORDERED  that the Debtor(s) are given 30 days from the entry of this order within which to file a written application for modification of this Order, and in the absence of such application, this Order shall become final.

##END OF ORDER##

SUBMITTED BY:

/s/ Torri Parker Martin
_____

Torri Parker Martin
CHAPTER 13 TRUSTEE
200 North Congress St.
Suite 400
Jackson, MS 39201