**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                               CHAPTER 13:

BRIANNA NICOLE NASH                                    CASE NO. 25-01502-JAW

### TRUSTEE'S MOTION TO VACATE ORDER

COMES NOW, Trustee Torri Parker Martin, and files this, her Motion to Vacate Order and in support thereof, would show unto the Court the following:

1.      On February 20, 2026, the Court entered an Order Granting Motion to Allow Late/Filed Amended Supplemental Claim (Docket #25)

2.      The Motion to Allow Claim (Docket #21) was filed in error.

3.      It is in the best interest of the bankruptcy estate to vacate the Order Granting Motion to Allow/Late Filed Amended Supplemental Claim (Docket #25).

**WHEREFORE, PREMISES CONSIDERED**, Trustee prays this Motion to Vacate Order be received and filed, and upon consideration thereon, this Court enters an Order granting the Trustee's Motion to Vacate Order, and for such other, further, and general relief to which the Trustee and this bankruptcy estate may be entitled.

DATED: March 25, 2026

Respectfully submitted,

/s/Torri Parker Martin
Torri Parker Martin, MSB #103938
CHAPTER 13 TRUSTEE
200 North Congress Street, Suite 400
Jackson, MS  39201
Ofc: (601) 981-9100
Fax: (601) 981-1983
tpm@tpmartinch13.com

**CERTIFICATE OF SERVICE**

I, Torri Parker Martin, do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Motion to the following, all by electronic, ECF filing, to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

Thomas Carl Rollins, Jr., Esq.
trollins@therollinsfirm.com

Baxter Credit Union
340 N. Milwaukee Ave.
Vernon Hills, IL 60061

DATED: March 25, 2026

/s/ Torri Parker Martin
Torri Parker Martin

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                        CHAPTER 13:

REGGIE LEE CHEATUAM                          CASE NO. 24-02803-JAW

### ORDER GRANTING TRUSTEE'S MOTION TO VACATE ORDER

**THIS MATTER** came before the Court on the Trustee's Motion to Vacate Order (Docket #32).  Thus, having fully considered the matter and finding no objections, the Court filed that the Trustee's Motion to Vacate Order should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Trustee's Motion to Vacate Order is hereby granted.  The Order Granting Motion to Allow/Late Filed Amended Supplemental Claim (Docket #27) shall be vacated.

*##END OF ORDER##*

SUBMITTED BY:


/s/ Torri Parker Martin
TORRI PARKER MARTIN, MSB #103938
CHAPTER 13 TRUSTEE
200 North Congress Street, Suite 400
Jackson, MS  39201
Ofc: (601) 981-9100
Fax: (601) 981-1983
tpm@tpmartinch13.com