**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                           CHAPTER 13:

BRIANNA NICOLE NASH                          CASE NO. 25-01502-JAW

### ORDER GRANTING TRUSTEE'S MOTION TO VACATE ORDER

**THIS MATTER** came before the Court on the Trustee's Motion to Vacate Order (Docket #29). Thus, having fully considered the matter, the Court finds that the Trustee's Motion to Vacate Order should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Trustee's Motion to Vacate Order is hereby granted. The Order Granting Motion to Allow/Late Filed Amended Supplemental Claim (Docket #25) shall be vacated.

*##END OF ORDER##*

SUBMITTED BY:

/s/ Torri Parker Martin
Torri Parker Martin, MSB#103938
CHAPTER 13 TRUSTEE
200 North Congress St., Suite 400
Jackson, MS 39201
Ofc: (601) 981-9100
Fax: (601) 981-1983
tpm@tpmartinch13.com