

**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 21, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                           CHAPTER 13:

BRIANNA NICOLE NASH                            CASE NO. 25-01502-JAW

### ORDER GRANTING TRUSTEE'S MOTION TO VACATE ORDER

**THIS MATTER** came before the Court on the Trustee's Motion to Vacate Order (Docket #29).  Thus, having fully considered the matter, the Court finds that the Trustee's Motion to Vacate Order should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Trustee's Motion to Vacate Order is hereby granted.  The Order Granting Motion to Allow/Late Filed Amended Supplemental Claim (Docket #25) shall be vacated.

*##END OF ORDER##*

SUBMITTED BY:

/s/ Torri Parker Martin
Torri Parker Martin, MSB#103938
CHAPTER 13 TRUSTEE
200 North Congress St., Suite 400
Jackson, MS 39201
Ofc: (601) 981-9100
Fax: (601) 981-1983
tpm@tpmartinch13.com