United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                      Case No. 25-01502-JAW

Brianna Nicole Nash                                                         Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 21, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brianna Nicole Nash, 340 Arbor Drive, Apt 1331, Ridgeland, MS 39157-4826 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: bankruptcies.notifications@bcu.org | Apr 21 2026 19:44:00 | BCU, Baxter Credit Union, 340 N Milwaukee Ave, Vernon Hills, IL 60061-1533 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2026          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Brianna Nicole Nash trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-3

User: mssbad

Page 2 of 2

Date Rcvd: Apr 21, 2026

Form ID: pdf012

Total Noticed: 2

TOTAL: 3



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 21, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13: |
| BRIANNA NICOLE NASH | CASE NO. 25-01502-JAW |

### ORDER GRANTING TRUSTEE'S MOTION TO VACATE ORDER

**THIS MATTER** came before the Court on the Trustee's Motion to Vacate Order (Docket #29).  Thus, having fully considered the matter, the Court finds that the Trustee's Motion to Vacate Order should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Trustee's Motion to Vacate Order is hereby granted.  The Order Granting Motion to Allow/Late Filed Amended Supplemental Claim (Docket #25) shall be vacated.

*##END OF ORDER##*

SUBMITTED BY:

/s/ Torri Parker Martin
Torri Parker Martin, MSB#103938
CHAPTER 13 TRUSTEE
200 North Congress St., Suite 400
Jackson, MS 39201
Ofc: (601) 981-9100
Fax: (601) 981-1983
tpm@tpmartinch13.com